# Court of Appeals
# of the State of Georgia

ATLANTA, March 08, 2013

*The Court of Appeals hereby passes the following order*

## A13I0148. WHITTINGTON, JONES & RUDERT, CPA'S, P.C. , FORMERLY KNOWN AS WHITTINGTON & JONES, CPA'S, PC v. PAUL N. WARE et al .

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

09CV03329JFL0003



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, March 08, 2013.*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*